**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Noe CABEZAS–RUIZ, aka Refugio**
**Lluvia–Ruiz, Defendant—**
**Appellant.**

**No. 03–10486.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2004.*

Decided July 20, 2004.

Michael T. Morrissey, Esq., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

---

Richard L. Juarez, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: HAWKINS, THOMAS and BYBEE, Circuit Judges.

MEMORANDUM **

Noe Cabezas–Ruiz appeals the judgment and 27–month sentence imposed by the district court following his guilty-plea conviction to illegal reentry after deportation in violation of 8 U.S.C. § 1362(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Cabezas–Ruiz has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Cabezas–Ruiz did not file a pro se supplemental brief, and the government did not file a brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---